UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

MARC COHEN,

       Plaintiff,

   -v-

NEW YORK CITY, NEW YORK and EDWARD A.
CABAN,

       Defendants.

------------------------------------------------------------------

| | |
|---|---|
| USDC SDNY | |
| DOCUMENT | |
| ELECTRONICALLY FILED | |
| DOC #:_____ | |
| DATE FILED: __12/4/2025__ | |

24-cv-2594 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

  As indicated on the record at the conference today, December 4, 2025, the deadlines for the parties' anticipated cross-motions for summary judgment are extended by two weeks as follows: Plaintiff's motion for summary judgment is now due January 13, 2026.  Defendants' opposition/cross-motion for summary judgment is due February 10, 2026.  Plaintiff's reply/opposition is due March 3, 2026.  And Defendants' reply is due March 17, 2026.

  SO ORDERED.

Dated: December 4, 2025
   New York, New York

            LEWIS J. LIMAN
           United States District Judge