**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------------X

MARC COHEN a/k/a MOSHE COHEN,

Plaintiff,

-against-

24 **CIVIL** 2594 (LJL)

# JUDGMENT

NEW YORK CITY and EDWARD A. CABAN,

Defendants.

--------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated November 4, 2026, Plaintiff's motion for summary judgment is DENIED, and Defendants' cross-motion for summary judgment is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York

November 6, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:**

**Deputy Clerk**